UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| BENJAMIN GUILLORY | CASE NO. 6:21-CV-01353 SEC P |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| JERRY GOODWIN, ET AL | MAGISTRATE JUDGE HANNA |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** the instant application be **DENIED** and **DISMISSED WITH PREJUDICE.**

THUS DONE AND SIGNED, in chambers, in Lafayette, Louisiana, on this 9th day of August, 2022.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE